1
2
3                    UNITED STATES OF AMERICA

4             WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE
5

6

7    EMILIANA and DONALD LESKE,
                                                    Case No. C10-497MJP
8                  Plaintiff(s),

9          v.
                                                    MINUTE ORDER
10   STEINER MANAGEMENT SERVICES, LLC, et
     al.,
11
                   Defendant(s).
12

13

14
            The following minute order is made by the direction of the court, the Honorable Marsha
15
     J. Pechman:
16
            At the request of counsel, an extension of time to file the joint status report is granted.
17
     The report will be due on **July 23, 2010.**  All other FRCP 26-related dates are adjusted
18
     accordingly.  Failure to adhere to these deadlines may result in sanctions, up to and including
19
     dismissal of this action.
20

21

22          Filed this 8th day of June, 2010.

23

24
                                             BRUCE RIFKIN, Clerk
25
                                             By      /s Mary Duett
26                                           Deputy Clerk

27

28